**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6986

NAZEER DIJON VICK,

            Plaintiff - Appellant,

    v.

SHERIFF KEITH STONE; MISTE STRICKLAND; DAVID MOORING; CHRISTOPHER PATTERSON; S. E. SMITH; TANIKA S. JONES, Nurse,

            Defendants - Appellees,

        and

NASH COUNTY SHERIFF'S OFFICE; WILSON MEDICAL CENTER; JOHNSTON COUNTY SHERIFF'S OFFICE; RONALD STEWART; NURSE JANE DOE; ABIGAIL GENAUDEAU; AARON S. HOLLY, Deputy,

            Defendants.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:22-ct-03022-FL)

Submitted:  February 27, 2025                    Decided:  March 4, 2025

Before KING and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Nazeer Dijon Vick, Appellant Pro Se. Brian Florencio Castro, WOMBLE BOND DICKINSON (US) LLP, Raleigh, North Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nazeer Dijon Vick appeals the district court's order denying Vick summary judgment and granting Defendants summary judgment in Vick's 42 U.S.C. § 1983 action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Vick v. Stone*, No. 5:22-ct-03022-FL (E.D.N.C. Sept. 27, 2024). We deny Vick's "Motion to Use Videos from Related Case." *See* Fed. R. App. P. 10(a) (providing that the record on appeal consists only of "(1) the original papers and exhibits filed in the district court; (2) the transcript of proceedings, if any; and (3) a certified copy of the docket entries prepared by the district clerk."); *Phonometrics, Inc. v. Westin Hotel Co.*, 319 F.3d 1328, 1333 (Fed. Cir. 2003) ("We, as a court of review, generally do not consider evidence that has not been considered by the district court."). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*